# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## MONTHLY STATUS REPORT

**1:12-cv-00848-REB-MEH**
PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOE 2,

    Defendant.

    On January 28, 2013, counsel for Defendant John Doe 2 accepted a waiver of service on behalf of his client. Defendant's answer is currently due on March 29, 2013.

**1:12-cv-00886-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRUCE DUNN,

    Defendants.

    A Clerk's Default has been entered against Defendant Dunn.

**1:12-cv-01394-WYD-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN, MARK CRONSHAW,
CHRISTOPHER O'SHELL, and WEI
GOODRICH,

    Defendants.

     Plaintiff has effectuated service on all named Defendants. On November 7, 2012, Defendants Mark Cronshaw, and Christopher O'Shell filed their responses to Plaintiff's Complaint. On November 8, 2012, Defendant Laura Linn filed her Answer to Plaintiff's Complaint. Plaintiff has settled this matter with Defendant Andrew Schinsky and has dismissed him from the case accordingly. Plaintiff plans to file a Motion for Clerk's Default as to Defendant Goodrich

     A final pretrial conference is scheduled for November 4, 2013 at 9:30 AM.

**1:12-cv-01875-REB-MEH**
MALIBU MEDIA, LLC,

     Plaintiff,

v.

JARED NELSON,

     Defendant.

     Plaintiff has effectuated service on Defendant. On December 16, 2012, Defendant filed a Motion to Dismiss Plaintiff's Complaint, which was subsequently stricken from the docket. Defendant has yet to answer plaintiff's Complaint.

**1:12-cv-01876-REB-MEH**
MALIBU MEDIA, LLC,

     Plaintiff,

v.

RYAN GEARY,

     Defendant.

     Defendant was served with a summons and Complaint on October 9, 2012. Defendant filed his Answer and Counterclaim on October 30, 2012. On November 20, 2012, Plaintiff filed a Motion to Dismiss Defendant's Counterclaims.

     On January 15, 2013, this Court entered a Report and Recommendation that Plaintiff's Motions be granted. However, the report and recommendation has not yet been adopted by Judge Blackburn.

     Trial is currently scheduled to commence on October 17, 2013.

**1:12-cv-01953-WYD-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

BRIAN BATZ, TARA W. CAMERON
and JOHN DOES 1-2, 5, 7, 9-11, and
15-42,

      Defendants.

In response to the subpoenas issued to the ISPs, Plaintiff has received the identities from Qwest Communications. Due to a pending Motion to Quash [Dkt. 69], Comcast has not yet complied with the subpoena.

Plaintiff has effectuates service of the summons and Complaint on Defendants Brian Batz and Tara W. Cameron. Defendant Batz filed his Answer and Counterclaim on January 4, 2013 [Dkt. 100], and Defendant Cameron filed a Motion to Dismiss Plaintiff's Second Amended Complaint [Dkt. 99] on December 27, 2012.

On January 25, 2013, Plaintiff filed its Motion to Strike Defendant Batz's Affirmative Defenses and Motion to Dismiss his Counterclaim [Dkt. 102 and 103]. These motions are currently pending before the Court.

Plaintiff has reached a settlement agreement with six of the Defendants and has dismissed them, or is in the process of dismissing them from the case.

**1:12-cv-01955-RBJ-MEH**
PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 14, 16,

      Defendants.

Plaintiff has learned the identities of all Defendants with the exception of John Doe 16, because this Defendant filed a motion to quash that was pending at the time of the ISP's production [Dkt. 18]. Plaintiff is in the process of obtaining Defendant's information from the ISP.

Plaintiff has reached settlement agreements with seven of the Defendants and has dismissed them from the action.

**1:12-cv-01956-REB-MEH**
PATRICK COLLINS, INC.,

      Plaintiff,
v.

GAIL GONZALEZ,

      Defendant.

Plaintiff has effectuated service on Defendant, and Defendant's answer is due on December 14, 2012. To date, Defendant has not filed an answer.

---

**1:12-cv-02069-WYD-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOE 4,

      Defendant.

Plaintiff has learned the identities of all Defendants with the exception of John Doe 4, because this Defendant filed a motion to quash that remains pending before the Court [Dkt. 41]. The ISP will not release Defendant's information to Plaintiff until after the motion has been adjudicated.
Plaintiff has reached settlement agreements with three of the Defendants and has dismissed them from the action.

---

**1:12-cv-02392-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 3, 9, and 17,

      Defendants.

Plaintiff has learned the identities of all Defendants with the exception of John Does 3, 9, and 17, because these Defendants filed motions that were pending at the time of the ISP's production. The motions have since been denied and Plaintiff is in the process of obtaining the identities for John Doe 3 and 9. John Doe 17 has filed additional motions which remain pending before the Court [Dkt. 48 and 49].
Plaintiff has reached settlement agreements with five of the Defendants and has dismissed them, or is in the process of dismissing them from the action.

**1:12-cv-02598-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-2, 4-8, 10-16, and 18-21,

      Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on October 3, 2012. Plaintiff has served subpoenas on Comcast and CenturyLink and received a response from CenturyLink. Comcast has yet to answer the subpoena because there are a number of motions that remain pending before the Court [Dkt. 108, 111, 114, 123].
Plaintiff has reached settlement agreements with four of the Defendants and has dismissed them from the case.

---

**1:12-cv-03166-RBJ-MEH**
PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-5,

      Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on December 6, 2012. On or about January 3, 2013, Plaintiff served subpoenas on the ISPs on and expects responses by February 19, 2013.

---

**1:12-cv-03167-PAB-MEH**
PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-7,

      Defendants.

Plaintiff has obtained the identities of all seven Defendants in this matter. Plaintiff is currently discussing the matter with the Defendants to ascertain Defendants' intentions with regard to litigation or an early settlement.

Plaintiff has not reached settlement agreements with any of the Defendants and none of the Defendants have been dismissed from the case.

---

**1:12-cv-03169-PAB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1, 4-6, 8-14,

      Defendants.

Plaintiff has obtained the identities of all fourteen Defendants in this matter.  Plaintiff is currently discussing the matter with the Defendants to ascertain Defendants' intentions with regard to litigation or an early settlement.

Plaintiff has reached a settlement agreement with three of the Defendants and has dismissed them, or is in the process of dismissing them from the case.

---

**1:12-cv-03170-PAB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1, 4-8,

      Defendants.

Plaintiff has learned the identities of all Defendants with the exception of John Doe 7, because this Defendant filed a motion to quash that was pending before the Court at the time of production [Dkt. 12].  Plaintiff has forwarded a copy of the order denying John Doe 7's motion to Comcast for release of the Defendant's identity and is waiting on their response.

Plaintiff has reached a settlement agreement with three of the Defendants and has dismissed them, or is in the process of dismissing them from the case.

---

**1:12-cv-03171-CMA-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-3, 5-14,

Defendants.

Plaintiff has learned the identities of all Defendants with the exception of John Does 3 and 14. Comcast required additional time to notify John Doe 3 regarding the pending subpoena, and withheld John Doe 14's identity because this Defendant filed a motion to quash that was pending before the Court at the time of production [Dkt. 15]. Plaintiff has forwarded a copy of the order denying John Doe 14's motion to Comcast for release of the Defendant's identity and is waiting on their response.

Plaintiff has reached a settlement agreement with one of the Defendants and has dismissed them, or is in the process of dismissing them from the case.

**1:12-cv-03172-CMA-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-5, 7-16, 19-23,

    Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on December 6, 2012. On or about December 13, 2013, Plaintiff served subpoenas on the ISPs on and expected responses by January 28, 2013. To date, Plaintiff has not received a response to the subpoena.

Plaintiff has reached a settlement agreement with three of the Defendants and has dismissed them, or is in the process of dismissing them from the case.

**1:13-cv-00307-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 174.51.234.104,

    Defendant.

This case was opened on February 5, 2013. Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

**1:13-cv-00308-RBJ**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 174.51.250.8,

      Defendant.

      This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00309-WJM-CBS**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 24.8.161.234,

      Defendant.

      This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00310-PAB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 24.8.34.85,

      Defendant.

      This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00311-RBJ**

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 24.9.100.137,

      Defendant.

      This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00312-REB-KLM**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 24.9.11.70,

      Defendant.

      This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00313-RBJ**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 24.9.122.61,

      Defendant.

      This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00314-CMA-BNB**
MALIBU MEDIA, LLC,

  Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 24.9.238.91,

  Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

**1:13-cv-00315-REB-KMT**
MALIBU MEDIA, LLC,

  Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 67.166.4.135,

  Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

**1:13-cv-00316-CMA-CBS**
MALIBU MEDIA, LLC,

  Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 67.176.40.151,

  Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

**1:13-cv-00317-CMA-KMT**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 75.71.30.155,

   Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00318-PAB-MEH**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 98.245.154.142,

   Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00319-RBJ**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 98.245.181.0,

   Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

---

**1:13-cv-00320-MSK**
MALIBU MEDIA, LLC,

   Plaintiff,

11

v.

JOHN DOE subscriber assigned IP
address 98.245.5.127,

  Defendant.

  This case was opened on February 5, 2013.  Plaintiff is in the process of filing its Motion for Leave to Serve a Third Party Subpoena on John Doe 1's ISP to obtain his identity.

  Dated: February 13, 2013

                Respectfully submitted,

                By: /s/*Jason Kotzker*
                Jason Kotzker
                jason@klgip.com
                KOTZKER LAW GROUP
                9609 S. University Blvd. #632134
                Highlands Ranch, CO 80163
                Phone: 303-875-5386
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/*Jason Kotzker*